UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | Judge Haynes |
| MARSHAWN LYTLE | ) | |

STATUS REPORT

Defendant Marshawn Lytle, by and through undersigned counsel, hereby provides this Honorable Court with a report of the status of his case, as follows:

1. Undersigned counsel was appointed to represent Mr. Lytle on March 15, 2012. At the time of her appointment, Mr. Lytle had been through a series of competency evaluations and had been represented by four different attorneys. In June 2007, following a determination of incompetence by a Bureau of Prisons psychologist, Mr. Lytle was committed to the custody of the Attorney General to determine whether competency could be restored. (Document 70). After receiving treatment and undergoing further analysis at a BOP medical facility in Butner, North Carolina, Mr. Lytle was returned to the Middle District of Tennessee and scheduled for a competency hearing. The minute entry from the March 8, 2008 hearing reflects the Court's instructions that counsel for the parties will submit an Agreed Order "resetting the matter." (Document 83). Thereafter, his then-attorney, Sumter Camp, filed a motion to withdraw in August 2010 (Document 85), and CJA Panel Member Jodie Bell was appointed to represent Mr. Lytle. Ms. Bell filed a Report on Readiness for Further Proceedings on September 10, 2010 (Document 88) which recites the procedural history regarding competency and, most significantly, reports that Ms. Bell "needs to determine if any outstanding issues exist with respect to Mr. Lytle's competency." On January 3, 2011, Ms. Bell filed a motion to withdraw due to a potential conflict she discovered,