UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | Judge Haynes |
| MARSHAWN LYTLE | ) | |

[PROPOSED] ORDER

This matter is before the Court pursuant to a Status Report filed by the defendant, Marshawn Lytle. Based upon the contents of the report and the full record in this cause, the Court hereby finds that Mr. Lytle is competent to proceed in this matter, that is, he "is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense." 18 U.S.C. 4241(a). This matter shall be set for trial by separate order.

It is so ordered.

Entered this 16th day of October, 2012.

William J. Haynes, Jr., Chief Judge