UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | Judge Haynes |
| MARSHAWN LYTLE | ) | |

[PROPOSED] AGREED ORDER

As evidenced by the signatures of counsel below, the parties have agreed to set this matter for a change of plea hearing on February 11, 2013, at 4:00 p.m.

It is so ordered.

Entered this 7th day of February 2013.

_____
William J. Haynes, Jr., Chief Judge

APPROVED FOR ENTRY:

s/Philip H. Wehby
Philip H. Wehby
Assistant United States Attorney
110 Ninth Avenue South, Ste. A-961
Nashville, TN 37203
615-736-5151

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for Marshawn Lytle