Dear Honorable Judge Haynes                4/15/13
                                           3:05cr00147

First And Formost I Hope And Pray That Your Day Is Going
Good Inspite of your Buisness.

Your Honor I Get Final Sentenced on The 10th or 17th
of May And As You Know This Same Charge Is Being
Held over My Head In The State And As I've Told You
I Have Told My Lawyer About The Situation How A Detainer
Will Raise My Point Level In My P.S.I. But Nothing Has
Been Done I've Wrote My State Lawyer Numerous of Times
Without Know Responding From Her And I Don't Know What
To Do? Or Who Else To Write To Let Someone Know My
State Lawyer Isn't Doing Nothing To Help Me, So Were Do
I Go? I Would Like My State Charges Addressed, I
Have Done Some Research And Have Discovered My State Charges
Could Affect My Federal Classifaction This Opinion Is
Directly From A Federal Probation Officer, It says That
My Defense Counsel should Schedule A Court Date To Have
The Previous Matter Disposed And Then Alert The Judge That
The Matter Is Pending Dispoistion, Request That The Sentence
Go Forward And Notify The Judge You Will Provide A Certified
Copy of The Disposition. Request That The Judge ~~has~~ Order The
Probation Officer To Modify The P.S.R. To Include The
Dispoistion (Before Sending The P.S.R.) To The B.O.P.) Once
The P.O. Receives This Documentation Also Request That The
Judge's Clerk Wait To Release The Judgement And Commit
Ment Order (J&C) Until This Happens Since The Issuance

[margin annotations:]
need
4/24/13 [initials]

ORDER
Counsel
for the
Defendant
shall
file a
response
to this
letter
[signature]
USMJ
4-19-13

*

of the judgement triggers the B.O.P. Designation Process. Having the client sentenced on the prior offense after sentencing prevents the client from having a scorable conviction. Requesting that the P.O. be directed to change the previously pending matter to one that has been disposed of elimanates the issue of having a pending matter or "Detainer" for B.O.P. ~~Purpose~~ Designation Purposes. If you are to sentence me to some time now that I have already did my P.S.I. My points & custody level will be high because of the detainer. Your Honor I want to go home this year please help me?

Have a wonderful rest of the day
Thank you God Bless

Marshawn Lytle #17510-025

P.S. I'm not trying to get on your nerves but I need this matter taken care of or at least know something before my final sentence can you please notify the P.S.I. people?