## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-00147 |
| | ) | Chief Judge Haynes |
| MARSHAWN LYTLE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the United States's motion to dismiss the remaining counts (Docket

Entry No. 183) in the indictment pursuant to the parties' plea agreement and this motion is

**GRANTED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court